**Wallace CLAYTON, Jr., Petitioner–
Appellant,**

v.

**J.W. FAIRMAN, Jr., Respondent–
Appellee.**

**No. 02–56351.**

**D.C. No. CV–99–01384–FCD/DAD.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 15, 2003.*

Decided Sept. 22, 2003.

Wallace Clayton, Jr., Soledad, CA, pro
se.

Catherine Tennant, Office of the Attor-
ney General, Sacramento, CA, for Respon-
dent–Appellee.

Before B. FLETCHER, SILVERMAN
and WARDLAW, Circuit Judges.

### MEMORANDUM**

California state prisoner Wallace Clay-
ton, Jr. appeals pro se the district court's
denial of his 28 U.S.C. § 2254 petition for
writ of habeas corpus, challenging his
three-strikes sentence for second degree
burglary. We have jurisdiction pursuant
to 28 U.S.C. § 2253. We affirm.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

Clayton's contention that his sentence of
25–years–to–life is grossly disproportion-
ate in violation of the Eighth Amendment
is unpersuasive in light of *Lockyer v. An-
drade,* 538 U.S. 63, 123 S.Ct. 1166, 1172–
75, 155 L.Ed.2d 144 (2003) (holding that
state court's affirmance of two consecutive
25–years–to–life sentences for petty theft
was not contrary to or an unreasonable
application of federal law), and *Ewing v.
California,* 538 U.S. 11, 123 S.Ct. 1179,
1185–90, 155 L.Ed.2d 108 (2003) (holding
that a 25–years–to–life sentence for grand
theft under the California three-strikes law
did not violate the Eighth Amendment's
prohibition on cruel and unusual punish-
ment). The district court therefore prop-
erly denied Clayton's petition. *Andrade,*
123 S.Ct. at 1175.

**AFFIRMED.**[1][2]

---

1. To the extent Clayton raises other claims,
we decline to address them since they are not
encompassed in the certificate of appealabili-
ty. *Hiivala v. Wood,* 195 F.3d 1098, 1103 (9th
Cir.1999) (per curiam).

2. The Clerk shall file appellant Clayton's reply
brief received on August 26, 2003.